**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jasmin JOHNSTON, Defendant–
Appellant.**

**No. 11–10450.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 5, 2012.

Camil Skipper, Assistant U.S. Attorney, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

John Paul Balazs, Law Offices of John P. Balazs, Sacramento, CA, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Jasmin Johnston appeals from the 24–month sentence imposed following the revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Johnston contends that the district court's revocation sentence exceeded the term that she reasonably believed was permissible under the plea agreement. This contention lacks merit as the plea agreement accurately summarized the district court's sentencing authority for violations of supervised release. *See* 18 U.S.C. § 3583(e)(3); *United States v. Knight*, 580 F.3d 933, 937–38 (9th Cir.2009); *see also United States v. Waknine*, 543 F.3d 546, 551 (9th Cir.2008) ("To decide whether a plea agreement has been breached, this court considers what the defendant reasonably understood when he pled guilty.")

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

